■ In the Matter of KEITH GOODMAN, Petitioner, v HOWARD SAFIR, as Police Commissioner of the City of New York, et al., Respondents. [687 NYS2d 36] —Determination of respondent Police Commissioner dated August 8, 1997, which dismissed petitioner from his position as a police officer, unanimously confirmed, the petition denied and the proceeding brought pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, New York County [Diane Lebedeff, J.], entered January 20, 1998) dismissed, without costs.

Respondent's finding that petitioner had on three occasions engaged in unlawful searches in violation of US Constitution

Fourth Amendment is supported by substantial evidence, notwithstanding that three of the witnesses against petitioner were corrupt former police officers (*see, Matter of Berenhaus v Ward*, 70 NY2d 436). We see no reason to disturb respondent's credibility findings rejecting petitioner's version of the events (*see, supra*, at 443-444). The penalty of dismissal does not shock our sense of fairness (*see, supra*, at 445; *Trotta v Ward*, 77 NY2d 827; *Matter of Purdy v Kreisberg*, 47 NY2d 354, 360). Concur—Sullivan, J. P., Rosenberger, Tom and Lerner, JJ.